## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Eric Jackson, Administrator of the  :
Estate of Florence Jackson, Deceased,  :
Appellant  :
 :
v.  :
 :
City of Philadelphia and  :
Fairmount Long Term Care  :  No. 2065 C.D. 2015

# **O R D E R**

NOW, August 25, 2016, upon consideration of appellant's application for reargument and reconsideration before the court en banc and appellees' answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge